# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

_____ **DIVISION**

## CIVIL COMPLAINT

Lester Michael Johnson )
Brandi Joy Johnson )
_____ )
<small>Enter above the full name of Plaintiff or Plaintiffs in this action</small> ) 15 - 41 18 - CV - C - BCW - P
)
vs. ) CASE NO. _____
)
Jim Petty - Sheriff )
Tim Harlin - Chief Deputy )
L.T. Cody Worthley - Chief Deputy )
Cpl. Skyler Viebrock - Corporal )
<small>Enter above the full name of Defendant or Defendants in this action</small> )

## I.  Parties to this Civil Action

(In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any, on back side of this sheet.)

A.  Name of Plaintiff  Lester Michael Johnson

Address  575 E. R&M
Hartsburg MO 65039

(In item B below, place the full name of the defendant in the first blank, his official position in the second adding word blank, and his place of employment in the third blank.  Use item C for the names, positions, and places of employment of any additional defendants.)

B.  Defendant, Jim Petty  is employed as

Sheriff  at Morgan County Jail .

C.  Additional Defendants  Tim Harlin - Chief Deputy

L.T Cody Worthley - Jail supervisor

Cpl. Skyler Viebrock corporal - Morgan County Jail.

1

## II. Statement of Claim

(State here as briefly as possible the facts of your claim. Describe how each named defendants is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of **related** claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] **Unrelated** separate claims should be raised in separate civil actions.)

UNLAWFUL INCACERATION - ON GIEVANCE ON BACK OF PAPER

Health Hazard - GIEVANCE ON BACK of paper.

Medical Problems - See GIEVANCE ON BACK of page.

Mail VIOLATIONS - See GIEVANCE ON BACK of page.

## III. Relief

State briefly exactly what you want the Court to do for you.

I Would Like TO Be Compensated.

Make no legal arguments. Cite no cases or statutes.

## IV. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

(Yes G)    No G

## V. Do you claim actual or punitive monetary damages for the acts alleged in your complaint?

(Yes G)    No G

If you answered yes, state the amounts claimed and the **reasons** you claim you are entitled to recover money damages

VIOLATIONS OF My Constitution

And Dueprocess Rights.

## VI. Counsel

Do you have an attorney to represent you in this civil action?

Yes G    (No G)

A. Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

Yes G    (No G)    I'm in INCACERATED.

2

B.  If you answered yes, state the names and addresses of the attorneys contracted, and give the results of those efforts.

_____ N/A _____
_____
_____
_____

C.  If you answered no, state your reasons why no such efforts have been made.

Because I am INCACERATED.
_____
_____
_____

VII.  **Administrative Procedures**

A.  Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

(Yes G)     No G

B.  If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure.

On 1-11-15 and on 3-6-15 Medical Problems - Nothing done see GIEVANC
On 3-18-15 Health Hazards - See GIEVANCE on Back page
On 2-15-15 UNLAWful INCAERATON of Rights - See GIEVANCE on Back pgs
On 3-8-15 VIOLATIONS of MaIL Rights see GIEVANCE on Backpage

C.  If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures.

_____
_____
_____
_____

Signed this 28 day of April, 2015

*Lester Michael Johnson*
Brual Johnson
Signature of Plaintiff or Plaintiffs

3

# VERIFICATION

State of _Hartsburg MO_  )
                          )
County of _Boone_         )


_Lester Johnson_, being first duly sworn under oath, presents that he is the plaintiff in this action; that he knows the contents of the complaint; and that the information contained therein is true to the best of his knowledge and belief.

_Lester Michael Johnson_
_Brand J Johnson_
Signature of Plaintiff or Plaintiffs

**All parties must verify**


SUBSCRIBED AND SWORN TO before me this _28_ day of _April_, 20_15_

_[signature]_
Notary Public

_Aug 31, 2018_
My Commission Expires

JUSTIN L. BASINGER
Notary Public - Notary Seal
State of Missouri, Boone County
Commission # 14012451
My Commission Expires Aug 31, 2018

4

r. Lester Johnson



U.S. District Court
400 E 9th St
Kansas city, mo 64106



RECEIVED
2015 MAY 18 AM 11: 26
CLERK, U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY, MO

64106

U.S. POSTAGE
ASHLAND, MO
65010
MAY 14, 15
AMOUNT
$1.40
0001 3537-03