# MORGAN COUNTY ADULT DETENTION CENTER INMATE GRIEVANCE

**FACILITY USE ONLY**

| INMATE LAST NAME | FIRST | MI | BOOKING NUMBER | DATE OF BIRTH | CELL ASSIGNMENT |
|---|---|---|---|---|---|
| Johnson | Lester | M | 2014000537 | 3-3-79 | B-8 |

| TIME | DATE FILED |
|---|---|

I am submitting the following grievance for consideration and resolution by the MCADC Correctional Administrator, designee or appropriate staff member.

If you feel that you have been subject to abuse or deprived of rights while incarcerated, then you must file, in writing on this form, your grievance within (48) forty-eight hours of the alleged abuse or deprivation. I further understand that by MCADC policy I am entitled to a response to my grievance in a timely manner of submitting my request by the correctional administrator.

I also understand that I have the right to appeal the action taken by the MCADC correctional administrator to the jail administrator, chief deputy, sheriff, which must be done within (48) forty-eight hours of receiving written notification from the correctional administrator. The appeal must be on a new grievance form with "To Who – Grievance Appeal" written at the top.

Explain in clear and plain language what your grievance is, and what you want done to resolve this issue.

Grievances that are not clear and understandable or have foul language will NOT be accepted – write legibly.

## INMATE GRIEVANCE

About a month ago I had a incident and had some problem with my hand. This had happen in the month of Jan. I asked for medical attention & the only medical attention I got was only a ice bag on my hands. I asked could I go to the Hoptial to get xrays on my hands and I was told that it would happen by the officers but it never happend and they saw that my hands where in pain. and I layed in pain for weeks and now I'm haveing problem with my hand still today.

**INMATE SIGNATURE:** Lester Johnson
**DATE:** 3/6/15

**OFFICIAL USE ONLY**

| RECEIVED BY DSN | DATE | TIME |
|---|---|---|
| KW 2940 | 3-6-15 | 13:20 |

## ADMINISTRATOR/DESIGNEE RESPONSE

3/9/15 In medical's in-box.

1/17/15 Physical altercation c Shane Worthey which was not known about until Worthey called the tower stating he needed medical attention.

1/17/15 Jail staff did medical protocol. c Dr. was notified & ordered ice pack & Tylenol for 2 days.

1/21/15 Saw Dr. Lowry as follow up to the fight. Ibuprofen ordered for 7 days. (Note refused the Ibuprofen 1/26/15.

Has not put in any requests for medical care except on 1/17/15. Sees medical staff 5 out of 7 days per week c no complaints verbalized nor request for any further care. C. Davidson RN.

You have the right to appeal this decision. You must file an appeal form with the administrator within (48) forty-eight hours from the day you receive this decision. Failure to submit within the time frame constitutes abandonment of the grievance.

Case 2:15-cv-04118-BCW Document 1-1 Filed 05/18/15 Page 1 of 10

# MORGAN COUNTY ADULT DETENTION CENTER INMATE GRIEVANCE

| | TIME | DATE FILED |
|---|---|---|

**FACILITY USE ONLY**

| INMATE LAST NAME | FIRST | MI | BOOKING NUMBER | DATE OF BIRTH | CELL ASSIGNMENT |
|---|---|---|---|---|---|
| ~~Lester~~ Johnson | Lester | M | 2014000153? | 3-3-79 | B-8 |

I am submitting the following grievance for consideration and resolution by the MCADC Correctional Administrator, designee or appropriate staff member.

If you feel that you have been subject to abuse or deprived of rights while incarcerated, then you must file, in writing on this form, your grievance within (48) forty-eight hours of the alleged abuse or deprivation. I further understand that by MCADC policy I am entitled to a response to my grievance in a timely manner of submitting my request by the correctional administrator.

I also understand that I have the right to appeal the action taken by the MCADC correctional administrator to the jail administrator, chief deputy, sheriff, which must be done within (48) forty-eight hours of receiving written notification from the correctional administrator. The appeal must be on a new grievance form with "To Who – Grievance Appeal" written at the top.

Explain in clear and plain language what your grievance is, and what you want done to resolve this issue.

Grievances that are not clear and understandable or have foul language will NOT be accepted – write legibly.

## INMATE GRIEVANCE

On March 3/2015 I did not recieve my meds, because the nurse and the officer did not wait for me. It was not even a two min, bout 6 min after they call I was comming down the stairs and some one was coming back in the pod from takeing ther meds. And by time I got to the door B-pod MAIn door was closed in my face. And I Been here going on 4 months and every morning when they call for meds I'm out there to take my meds. And the nurse And officer's know they or verey Important that I take, My High Blood pills. And If I don't take them I get realy Bad Head pains and redy sick It's A need not A want I Have to have them. So when I notified the Tower Twice To Let Them Know I need to t-

**INMATE SIGNATURE:** Lester Johnson
**DATE:** 3-3-15

## OFFICIAL USE ONLY

| RECEIVED BY DSN | DATE | TIME |
|---|---|---|

## ADMINISTRATOR/DESIGNEE RESPONSE

| ADMINISTRATOR / DESIGNEE | GRIEVANCE NUMBER | DATE |
|---|---|---|

You have the right to appeal this decision. You must file an appeal form with the administrator within (48) forty-eight hours from the day you receive this decision. Failure to submit within the time frame constitutes abandonment of the grievance

y meds The Officer are the nurse did not come back at All none that day To give me my meds and all that night I was sick and in pain, did no one return with my meds And Thats not right. my meds or very important to me I need To take them everyday If I don't Have them It cause Health Problems for me like on 3-3-15 This is not right I should not Have to go through This. This is not A game this is my Life!

Witnesses

MR. TERRENCE HAWKINS

Calen Mummert

Patrick Meaney

Stefan Williams

| MORGAN COUNTY ADULT DETENTION CENTER INMATE GRIEVANCE FACILITY USE ONLY | | | | TIME 8:00 Am | DATE FILED 2-15-15 |
|---|---|---|---|---|---|
| INMATE LAST NAME Johnson | FIRST Lester | MI M | BOOKING NUMBER 2014000531 | DATE OF BIRTH 3-3-79 | CELL ASSIGNMENT B-8 |

I am submitting the following grievance for consideration and resolution by the MCADC Correctional Administrator, designee or appropriate staff member.

If you feel that you have been subject to abuse or deprived of rights while incarcerated, then you must file, in writing on this form, your grievance within (48) forty-eight hours of the alleged abuse or deprivation. I further understand that by MCADC policy I am entitled to a response to my grievance in a timely manner of submitting my request by the correctional administrator.

I also understand that I have the right to appeal the action taken by the MCADC correctional administrator to the jail administrator, chief deputy, sheriff, which must be done within (48) forty-eight hours of receiving written notification from the correctional administrator. The appeal must be on a new grievance form with "To Who – Grievance Appeal" written at the top.

Explain in clear and plain language what your grievance is, and what you want done to resolve this issue.

Grievances that are not clear and understandable or have foul language will NOT be accepted – write legibly.

### INMATE GRIEVANCE

On Sunday, Feb 15-2015, My wife came here to visit me. She was denied, And was also Arrested, Booked in. She was Falsely Accused of trying to send drugs thru the mail to me in A Valentine's day Card. She was Forced to dress out in County Oranges After being Finger Printed And made to take A Shower. She was then held in Booking For Three hours. My wife is in No way involved in drugs And would Not Jeopardize her Freedom or My Childrens well-being For anything this Foolish.

INMATE SIGNATURE: Lester Johnson
DATE: 2-15-15

### OFFICIAL USE ONLY

| RECEIVED BY DSN | DATE | TIME |
|---|---|---|
| | | |

### ADMINISTRATOR/DESIGNEE RESPONSE

| ADMINISTRATOR / DESIGNEE | GRIEVANCE NUMBER | DATE |
|---|---|---|
| | | |

You have the right to appeal this decision. You must file an appeal form with the administrator within (48) forty-eight hours from the day you receive this decision. Failure to submit within the time frame constitutes abandonment of the grievance

I never Recieved any Notice of Mail being Confiscated and the Card was Never Returned. My wife has been Subjected to humilation of the worse Kind I Feel this has been a Personal Attack on me + my wife. The Pain and Suffering is more than she Should have been put thru. Mental Anguish Like this can do a Life time of damage. The Actions of My Past Are Just that, A thing of my Past. My Family Should Never be put thru this Kind of Treatment. My wife will be in Contact with the Proper Athorities on this Matter. She will Also be Contacting our Attorney. I want my Visits to be Returned to me. I Also want an Apology to me and my wife for being treated this way I Also want to know how long for these "Lab test" to be back and what they Are testing for. My wife and I have givin our lives to Christ. We Shouldn't have this kind of stress Added to us. We need this time to focus on God and my case, and our Children as well that mean so much to us. If there was any type of Drugs or Poison you should have tested it First And then made an Arrest. We don't Condone this or any other such Behavior

# MORGAN COUNTY ADULT DETENTION CENTER INMATE GRIEVANCE

| TIME | DATE FILED |
|---|---|
| 6:30 A.M. | 3-18-15 |

**FACILITY USE ONLY**

| INMATE LAST NAME | FIRST | MI | BOOKING NUMBER | DATE OF BIRTH | CELL ASSIGNMENT |
|---|---|---|---|---|---|
| Johnson | Lester | M | 2014001537 | 3-3-79 | B-C-8 |

I am submitting the following grievance for consideration and resolution by the MCADC Correctional Administrator, designee or appropriate staff member.

If you feel that you have been subject to abuse or deprived of rights while incarcerated, then you must file, in writing on this form, your grievance within (48) forty-eight hours of the alleged abuse or deprivation. I further understand that by MCADC policy I am entitled to a response to my grievance in a timely manner of submitting my request by the correctional administrator.

I also understand that I have the right to appeal the action taken by the MCADC correctional administrator to the jail administrator, chief deputy, sheriff, which must be done within (48) forty-eight hours of receiving written notification from the correctional administrator. The appeal must be on a new grievance form with "To Who – Grievance Appeal" written at the top.

Explain in clear and plain language what your grievance is, and what you want done to resolve this issue.

Grievances that are not clear and understandable or have foul language will NOT be accepted – write legibly.

## INMATE GRIEVANCE

On Wendayday 3-18-15 at 6:30 AM or close to this time I Lester Johnson was given a used Razor with hair and some blood as well on it and some Rist, to shave with. The Officer said "That one must been been used" I Then we all said How could you give these to us And he said here do you want another one, And we all said "no Thank you". And asked Him How can he do this to us. So Im feeling like this Has Happen to us all so miney times. And this is not Right and unsanitized and not Healthy something need to be done about this. This is NOT Right, used Rasors, Unhealthy for

**INMATE SIGNATURE:** Lester Johnson
**DATE:** 3/18/15

## OFFICIAL USE ONLY

| RECEIVED BY DSN | DATE | TIME |
|---|---|---|
| 7938c5 | 3-19-15 | 19:01 |

## ADMINISTRATOR/DESIGNEE RESPONSE

| ADMINISTRATOR / DESIGNEE | GRIEVANCE NUMBER | DATE |
|---|---|---|
| | | |

You have the right to appeal this decision. You must file an appeal form with the administrator within (48) forty-eight hours from the day you receive this decision. Failure to submit within the time frame constitutes abandonment of the grievance

[signature]

Mr. Terrence L. Hawkins

Calen Mummert

[signature]

Stefen Williams

Michael P Miller

[signature] Smith

Vernon V DeWitt

John Schanck

[signature] Pearson

[signature]

# MORGAN COUNTY ADULT DETENTION CENTER INMATE GRIEVANCE

**FACILITY USE ONLY**

| TIME | DATE FILED |
|---|---|
| | |

| INMATE LAST NAME | FIRST | MI | BOOKING NUMBER | DATE OF BIRTH | CELL ASSIGNMENT |
|---|---|---|---|---|---|
| Johnson | Lester | M | 2014000153? | 3-3-79 | S-D |

I am submitting the following grievance for consideration and resolution by the MCADC Correctional Administrator, designee or appropriate staff member.

If you feel that you have been subject to abuse or deprived of rights while incarcerated, then you must file, in writing on this form, your grievance within (48) forty-eight hours of the alleged abuse or deprivation. I further understand that by MCADC policy I am entitled to a response to my grievance in a timely manner of submitting my request by the correctional administrator.

I also understand that I have the right to appeal the action taken by the MCADC correctional administrator to the jail administrator, chief deputy, sheriff, which must be done within (48) forty-eight hours of receiving written notification from the correctional administrator. The appeal must be on a new grievance form with "To Who – Grievance Appeal" written at the top.

Explain in clear and plain language what your grievance is, and what you want done to resolve this issue.

Grievances that are not clear and understandable or have foul language will NOT be accepted – write legibly.

## INMATE GRIEVANCE

On 3/3/15 A 1st Class Priority mail Package tracking number is 287144032220099 was mailed At Ashland, mo. Post office and was to deliverd by mail lady Ms. Nancy. The Priority 1st Class mail tracking number 287144032220099 was deliverd to morgan County Post office (Thursday) 3/5/15 And was deliverd to Morgan County jail for Federal detainee (Mr. Lester Johnson) on 3/6/15, Whom did not receive the 1st Class Priority Mail at all! The 1st Amendment of The United States Constitution entitles Prisoners to receive and send mail, See Martin V. Tyson, 845 F 2d 1451, 1456-57 (5Th CIr. 1988) Cert. denied, 488 U.S. 863 (1988. See Guajardo V. Estelle, 580 F2d 748,)

INMATE SIGNATURE: Lester Johnson

DATE: 3/8/15

**OFFICIAL USE ONLY**

| RECEIVED BY DSN | DATE | TIME |
|---|---|---|
| 2933 | 3/8/15 | 1640 |

## ADMINISTRATOR/DESIGNEE RESPONSE

| ADMINISTRATOR / DESIGNEE | GRIEVANCE NUMBER | DATE |
|---|---|---|
| | | |

You have the right to appeal this decision. You must file an appeal form with the administrator within (48) forty-eight hours from the day you receive this decision. Failure to submit within the time frame constitutes abandonment of the grievance

# MORGAN COUNTY ADULT DETENTION CENTER INMATE GRIEVANCE

| | TIME | DATE FILED |
|---|---|---|
| | | |

## FACILITY USE ONLY

| INMATE LAST NAME | FIRST | MI | BOOKING NUMBER | DATE OF BIRTH | CELL ASSIGNMENT |
|---|---|---|---|---|---|
| Johnson | Lester | M | 2014000153 | 3-3-79 | B-8 |

I am submitting the following grievance for consideration and resolution by the MCADC Correctional Administrator, designee or appropriate staff member.

If you feel that you have been subject to abuse or deprived of rights while incarcerated, then you must file, in writing on this form, your grievance within (48) forty-eight hours of the alleged abuse or deprivation. I further understand that by MCADC policy I am entitled to a response to my grievance in a timely manner of submitting my request by the correctional administrator.

I also understand that I have the right to appeal the action taken by the MCADC correctional administrator to the jail administrator, chief deputy, sheriff, which must be done within (48) forty-eight hours of receiving written notification from the correctional administrator. The appeal must be on a new grievance form with "To Who – Grievance Appeal" written at the top.

Explain in clear and plain language what your grievance is, and what you want done to resolve this issue.

Grievances that are not clear and understandable or have foul language will NOT be accepted – write legibly.

## INMATE GRIEVANCE

758-59 (5th Cir. 1978), Clarified on other grounds by McFarland v. Leyh (In re Texas Gen. Petroleum Corp.), 52 F.3d 1330 (5th Cir. 1445). I will like to have my mail if I may please!

INMATE SIGNATURE: [signature]   DATE: 3/8/15

## OFFICIAL USE ONLY

| RECEIVED BY DSN | DATE | TIME |
|---|---|---|
| 2933 | 3/8/15 | 1640 |

## ADMINISTRATOR/DESIGNEE RESPONSE

| ADMINISTRATOR / DESIGNEE | GRIEVANCE NUMBER | DATE |
|---|---|---|
| | | |

You have the right to appeal this decision. You must file an appeal form with the administrator within (48) forty-eight hours from the day you receive this decision. Failure to submit within the time frame constitutes abandonment of the grievance

S. Lester Johnson

U.S. District Court
400 E 9th St
Kansas City, MO 64106





RECEIVED
2015 MAY 18 AM 11:25
ANN THOMPSON, CLERK
U.S. DISTRICT COURT
WESTERN DIST. OF MO
KANSAS CITY, MO

64106

U.S. POSTAGE PAID
ASHLAND, MO
65010
MAY 14 15
AMOUNT
$1.40
00013537-03